```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                                    )
LAETITIA ABY,                       )
                                    )
          Plaintiff,                )
                                    )
          v.                        )      CIVIL ACTION
                                    )      NO. 14-13256-DPW
CITY OF CAMBRIDGE, et al.,          )
                                    )
          Defendants.               )
                                    )
```

## FINAL ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated March 27, 2015, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date: 3/30/15                              By the Court,

                                           /s/ Jarrett Lovett
                                           Deputy Clerk